# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

LEE MEMORIAL HEALTH SYSTEM,

    Plaintiff,

v.                                              Case No: 2:16-cv-738-FtM-29CM

BLUE CROSS AND BLUE
SHIELD OF FLORIDA, INC. and
WINN DIXIE STORES, INC.,

    Defendants.

## ORDER

This matter comes before the Court upon review of the Joint Motion to Extend Case Management and Scheduling Deadlines (Doc. 55) filed on February 8, 2018. The parties had until February 8, 2018 to file discovery motions, if any, and March 6, 2018 to file any Motions for Judgment on the Record. Doc. 42. The parties seek to extend the discovery deadline to April 30, 2018, the deadline to file discovery motions to May 14, 2018 and the deadline to file Motions for Judgment on the Record to June 4, 2018. Doc. 55 at 2. The Court finds good cause to grant in part the requested extensions, except the parties must file any discovery motions on or before the discovery deadline. The Court further reminds the parties that they must seek relief immediately and not wait until discovery is almost due, if any discovery disputes arises. The Court will not further extend the discovery deadline unless the party moving for an extension shows the lack of diligence in pursuing discovery did not necessitate an extension of the discovery deadline.

ACCORDINGLY, it is hereby

**ORDERED:**

1. The Joint Motion to Extend Case Management and Scheduling Deadlines (Doc. 55) is **GRANTED in part and DENIED in part**.

2. The parties shall have up to and including **April 30, 2018** to complete discovery and file discovery motions, if any.

3. The parties shall have up to and including **June 4, 2018** to file Motions for Judgment on the Record.

**DONE** and **ORDERED** in Fort Myers, Florida on this 13th day of February, 2018.

*[signature]*
CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record