```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

LEE MEMORIAL HEALTH SYSTEM,

    Plaintiff,

v.                        Case No:   2:16-cv-738-FtM-29NPM

WINN DIXIE STORES, INC.,

    Defendant.

_____

## ORDER

This matter comes before the Court on plaintiff's Notice of Acceptance of Defendant's Offer of Judgment (Doc. #99) filed on February 5, 2020. Plaintiff has accepted defendant's Rule 68 Offer of Judgment (Doc. #99-1), and attached the Offer. Under Rule 68,

> At least 14 days before the date set for trial, a party defending against a claim may serve on an opposing party an offer to allow judgment on specified terms, with the costs then accrued. If, within 14 days after being served, the opposing party serves written notice accepting the offer, either party may then file the offer and notice of acceptance, plus proof of service. The clerk must then enter judgment.

Fed. R. Civ. P. 68(a). The offer was accepted within the 14 days of its service, plaintiff filed a notice of acceptance with the offer attached, and proof of service. The bench trial is not scheduled until the September 2020 trial term. The Court will direct the entry of judgment.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Clerk is directed to enter judgment in favor of plaintiff and against defendant pursuant to the terms of the Offer of Judgment by attaching a copy of same to the judgment. The Clerk is further directed to terminate all previously scheduled deadlines and pending motions, and to close the file.

**DONE and ORDERED** at Fort Myers, Florida, this __28th__ day of February, 2020.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record