UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LEE MEMORIAL HEALTH SYSTEM,

    Plaintiff,

vs.

WINN DIXIE STORES, INC.,        CASE NUMBER: 2:16-CV-738-FTM-29CM

    Defendant.
_____/

## DEFENDANT'S RULE 68 OFFER OF JUDGMENT

Defendant, Winn Dixie Stores, Inc. ("Winn-Dixie"), pursuant to Federal Rule of Civil Procedure 68, hereby offers to allow judgment to be entered against it and in favor of Plaintiff Lee Memorial Health System ("Plaintiff") in the amount of twenty six thousand dollars and no cents ($26,000.00) in satisfaction of all claims made against Winn-Dixie by Plaintiff in the above-captioned action. If Plaintiff accepts this offer, this sum of twenty six thousand dollars and no cents ($26,000.00) shall represent Plaintiff's total recovery against Winn-Dixie in this action and is intended to resolve all of Plaintiff's claims in this action against Winn-Dixie, including, without limitation, any and all claims for interest, attorney's fees, litigation expenses, and costs of suit otherwise recoverable in this action by Plaintiff.

This offer of judgment is made for the purposes specified in Federal Rule of Civil Procedure 68 only, and is not to be construed as an admission that Winn-Dixie has committed any wrongdoing, is liable in this action or any other action, or that Plaintiff has suffered any damages.

Plaintiff may accept this offer by written notice of acceptance to Winn-Dixie's counsel within fourteen (14) days of service of this offer. If not accepted within fourteen (14) days after service, this offer shall be deemed withdrawn as provided for in Federal Rule of Civil Procedure 68(b) and Plaintiff may become obligated to pay costs and attorney's fees incurred by Winn-Dixie after making this offer. This offer of judgment shall not be filed with the Court unless (a) it is accepted; or (b) it is needed for use in a proceeding to determine Winn-Dixie's costs and attorney's fees.

Dated: January 22, 2020

SHUTTS & BOWEN LLP

/s/ Jeffrey S. York
H. Timothy Gillis
Florida Bar No. 133876
Jeffrey S. York
Florida Bar No. 0987069
1022 Park St., Suite 308
Jacksonville, FL 32204
Phone: (904) 899-9926
Fax: (904) 899-9965
tgillis@shutts.com
jyork@shutts.com

*Attorneys for Defendant*
*Winn Dixie Stores, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 22, 2020, I caused to be served a true and correct copy of the foregoing by electronic mail (after 5:00 p.m.) and U.S Mail (outgoing on January 23, 2020) to Plaintiff's counsel of record in this action at the following:

Joel W. Walters
Walters Levine, P.A.
1819 Main Street, Suite 1110
Sarasota, FL 34236
jwalters@walterslevine.com
Attorneys for Plaintiff Lee Memorial Health System

/s/ Jeffrey S. York
Attorney